UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————X

Kathryn Grace Jordan,

PLAINTIFF

--v--                                                          Index No. _____/2026

*Jury Trial Demanded*

Michele Obama,

DEFENDANT;

Christine Calderwood,

CO-DEFENDANT.

————————————————————X

SOUTHERN DISTRICT OF NW YORK, ss.:

# VERIFIED COMPLAINT

KATHRYN GRACE JORDAN, duly sworn, deposes and says she is a US citizen and resident of NYS/NYC, and a disabled person, & asserts the following causes of action under 18 USC 2261 A(1); 18 USC 2261A (2); 42 USC 1983; 18 USC 242;42 USC 136 SubC III-F.

## JURISDICTION
### 28 USC 1332; 28 USC 1367

Plaintiff is alleging her claims under Federal jurisdiction due to two reasons

: 1. Diversity of citizenship.  Plaintiff is a resident of New York State and Defendant is a resident of Massachusetts, California, Hawaii, and DC.

 2. Amount in Controversy: The amount in controversy greatly exceeds $75,000.

3.*Supplemental Jurisdiction* may be invoked due to the inadequacy of federal statutes to address all of the crimes alleged in the Complaint and related Affidavit and the 'common

1

nucleus' of operative facts.   The Stalking statutes address some of the personal injuries emanating from the 24/7/365 Harassment campaign including the "B" language

*(B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i), (ii), (iii) of subparagraph (A) or*

This language covers the tortious consequences of Stalking as might be articulated under State Law as Intentional Infliction of Emotional Distress. However, it does not address the trauma that a stalking victim might endure when the cause of action is Attempted Homicide or Assault or Reckless Endangerment.

## THE PARTIES

The parties to this action are:

1. PLAINTIFF: Kathryn Grace Jordan,  former Fortune 100 marketing and strategic planning executive, and noted social media influencer. Ms. Jordan is a disabled person. Ms. Jordan's primary residence is New York City, NYS.  However,  my domicile has changed frequently over the ten year period encompassing the allegations of this Complaint as I sought to evade the harassment of the Defendants (and a third abuser named in a separate action).

2. DEFENDANTS: Michele Obama, former First Lady of the United States, "MO' shorthanded here.  She has resided in Massachusetts, Los Angeles, DC, Hawaii, and Chicago based on information in the public domain. Christine Calderwood is believed to be a resident of NYC as she resides in the same residential building as me.  Other 'remote actors' retained by Defendant MO will be named once discovery is completed.

3. The Parties have never met in person but there is a decade long pattern of harassment & criminal threats by Defendant MO both in Cyberspace & locations I occupied where she often retained remote actors to carry out the harassment. Defendant MO retained Ms. Calderwood to act as agent for the commission of local 'in-person' crimes against Plaintiff in her residence but also engaged other agents to surveil and harass Plaintiff at other social locations (i.e. Plaintiffs GYM)  The nature of Defendants MO and Calderwood's relationship appears to be financial  but may be more involved as discovery would likely reveal.

## ALLEGATIONS

The allegations alleged, based in great part on the facts alleged in the related AFFDIAVIT in Support of the Sworn Verified Complaint , as well as partly to conform to  federal pleading standards, are:

2

## COUNT ONE

## Stalking : 18 USC 2261 A(1)

*Travel in Interstate Commerce*

1. From the period of approximately 2015 to the present, in the Southern District of New York and elsewhere,* Michele Obama, Former First Lady, the Defendant, travelled virtually in Cyberspace transitting in interstate commerce from her various domiciles in Massachusetts, California, DC, Hawaii, et al and various government & political locations using illegal electronic access to interstate communication systems including telephonic, digital & internet infrastructure, spyware and REMOTE AGENTS seeded at Plaintiffs residential location in NYC, as well as her known social venues including her health club, various other dining & social establishments, and known medical venues where Plaintiff either sought medical care and/or treatment (doctors offices, rehab centers, ERs) for the purposes of 'relentless' harassment and terrorization of Plaintiff, , with the intent to intimidate, place under surveillance, injure and threaten to harm her, and other parties in her company, using REMOTE AGENTS retained to harass Plaintiff at every venue in every location she travelled to domestically & outside the USA, and in the course of, and as a result of, directing such REMOTE AGENTS in such travel ,engaged in conduct that placed the Plaintiff in reasonable fear of the death and bodily injury to her and in the course of engaging in such conduct , carried out some of the threats of violence against Plaintiffs personhood, including Defendant Calderwood, to attack Plaintiff's residence with weapon, and to vandalize Plaintiff's property, including but not limited to her car, and deployed other accessories to act as remote agents of harm to the Plaintiff over a period of 10 years, which involved illegal hacking of all plaintiffs communication systems to send harassing and menacing messages via interstate commerce & via FCC regulated systems, of hate and intent to murder and plans to assault Plaintiff. These crimes mandated recruitment of local remote actors to aid in execution of these crimes. They also required brazen hacking of all Plaintiff's telephonic, computer and entertainment devices using Defendants privileged access to secure Government systems.

2. This harassment was relentless & purposeful and occupied 24 hours a day, 365 days a year of Defendants time and energy over the ten plus year period and demanded Plaintiff constantly take actions to defend herself and dispose of the barrage of harassing and menacing messages numbering in the hundreds of thousands.. This harassment by Defendant MOI became a full time occupation for her. Defendant deployed various false identities & masking tactics, to act undetected in these pursuits, and engaged & retained remote agents, some around the world, to post hate messages, character smears, and threats of violence and death, via reposts of others 'SM 'keyword' messages, emails, television ads, & even secured aid in advancing television program plots, television

3

"Guide" titles, to bombard Plaintiff with an uninterrupted chain hate messages and to use Defendants global access to creative and programming talent to portray her as the predator and Defendant as the victim. This included other third party victims who had earned Defendant's wrath. Defendant used various forums to abuse Plaintiff ranging from harassing her everytime she dined out or socialized somewhere ('songs' over sound systems) or visited a hospital or rehab center or drove her car, or travelled to other locales to escape the abuse. It was ON all the time everywhere as Defendant sat at her digital dashboard deciding what I could or could not do that day, abrogating my constitutional right to privacy and 'life, liberty and pursuit of happiness'. Acting as judge and jury while breaking every law we have. Cyberspace and social media gave her that cover to inflict unimaginable abuse on another human being without the risk of exposure. Ten long years of her punching Plaintiff in cyberspace.

3. In 2025, after Plaintiff had to move her residence AGAIN, after Defendant MO and another Stalker (who often rode 'shotgun' with MO named in a separate action) invaded my residence at 160 East 48th street 14M, & started piping in their insane harassing 'songs' into the HealthClub, Common Terrace (where they arranged 'live' music & controlled the outdoor audio & all the corridors to let me know they 'controlled' me. Plaintiff had no choice but to move out to an adjacent neighborhood, 40 Park Avenue #5B. Defendant MO had actually pre-empted my move, likely at the execution of the lease, and retained Co-Defendant 'Christine Calderwood', occupant of rental apartment directly below Plaintiff's or 4B to continue the harassment campaign that Plaintiff thought she had escaped by moving. Defendant Calderwood, was obviously retained to 'help' Defendant illegally surveil Plaintiff in her home and to execute constant harassment against Plaintiff, including but not limited to relentless noise harassment, and four ASSAULTS on Plaintiffs domicile with a deadly weapon (commercial grade hammer) that did inflict great distress and trauma to Plaintiff and was intended to terrorize Plaintiff in her own home, and DID effect such terror after the 4th attempt. NYPD advised Plaintiff to install a 'video doorbell camera' to get physical evidence but the cowards ceased the 'hammer' routine upon activation. The harassment then continued 'ceiling to floor'(see Affidavit).

4. Defendant Michele Obama (MO) did retain Ms. Calderwood to act as her remote agent to cross interstate lines of commerce and communication as MO could not without detection, and inflict injury on Plaintiff as she had threatened to do for several years & even death if the occasion made such an outcome possible, to damage Plaintiffs property and to assist in terrorizing Plaintiff with a campaign of LOUD intrusive music during quiet hours, and via first SMASHING Plaintiffs front door on more than four occasions which involved NYPD visits. The physical attacks on Plaintiff's front door and the possibility of her being assaulted at the front door lessened when Plaintiff set up a video camera system

4

outside her door as police had advised her to do.  However, the aggression continued and even escalated in frequency and volume as it was clear  CALDERWOOD was dedicated to . That upon information &  belief, Defendant Calderwood, a known associate of Defendant, was paid to commit these crimes and had been recruited by MO who deployed her usual sob story manipulation.

5. Given the purposeful, deliberate, repetitive and planned nature of the conduct of Defendant MO, her status as an attorney, and the willful disregard for human life, as well as the collusion between her and her various remote agents charged with stalking, menacing and assault  of Plaintiff, and the defiance by MO when warned to cease her criminal conduct, Defendant Michele Obama shall, upon conviction for these offenses, shall be punished as provided in FRCP 2261(b) or 2261 (B) as the case may be to the maximum degree as would be justified under the penalty of law for such purposeful, repeated crimes and injuries emanating from and  a direct result of wanton disregard for Plaintiffs' life, health and known vulnerabilities. That remedies should include compensatory and punitive damages for the purposeful violation of all laws known to Defendant as a former attorney, and for the physical injuries & psychological trauma that Defendant caused and purposefully inflicted and for all costs attendant with evasion of these abuses over the ten year period of terrorization.

6. Ms. Calderwood's sentence will depend on various factual metrics that are not yet known but she clearly knew she was harming Plaintiff, and repeated these injuries, likely under a monetary incentive.  These are not good human beings and they definitely should be sentenced to actual prison time as well as sanctions.

## COUNT TWO

### Stalking 18 USC 2261A (2)

*Use of Interstate Facilities*

1. That Defendant MICHELE OBAMA, with the intent to  place under surveillance, and  to harass, terrorize, intimidate, injure, and if the opportunity arose, kill Plaintiff, used  & illegally hacked electronic & digital communication systems of interstate commerce, social media platforms, telecommunications, spyware, electrical outlets, computers, and other  facilities of interstate commerce including government intelligence and security systems which were accessed for this illegal campaign, to purposefully, repeatedly & with the intent of inflicting maximum damage on Plaintiff to engage in a course of conduct that:

   a. Placed Plaintiff in constant & reasonable fear of harm, serious bodily injury and death; and

    *b.* Caused and attempted purposefully, repeatedly and with the intent of inflicting maximum emotional distress, fear and terror.

    *c.* Actually put Plaintiff's physical well being as a disabled person with various serious medical conditions well known to Defendant in grace peril to 'punish' Plaintiff & 'win' the contest Defendant believed she was competing in.

2. The bulk of Michele Obama's abuse of Plaintiff occurred in Cyberspace where she adopted fake IDs, fake sites, and reposts of others 'keyword' hate messages and death threats, often by taking someone else's words out of context to form a more ominous message but words like 'fracture', 'crack', 'kill', 'electrocute', 'stab', 'choke' appeared frequently as did graphic images of violence (mutilated animals, humans stabbed in the back, people hung, suffocated cats). Here she could leak protected information about Plaintiff to discredit her or leak her medical files to devalue her. Defendant had no problem accessing privileged or confidential information which would not have been available to anyone without a subpoena from a legitimate court. She circumvented these barriers by simply hacking into the files or paying someone or using her influence and manipulative skills to dupe someone into giving her access. We will find out in discovery how all these violations of federal law occurred and how she was able to gain access to protected files. Ms. Obama is known for her epic rages but few know how sadistic, cruel and sociopathic she gets when someone is in her way or won't 'obey' her. Cyberspace was a great playground for this kind of abuse where she could maintain her professional image while engaging in the most reprehensible, criminal and dangerous behavior under the cloak of various masks. The Affidavit details some of these acts, but full discovery will be needed for Plaintiff to put the pieces together, as much of the abuse had to be 'forgotten' for her to function and survive an ongoing 'war' by Defendant against her. Chronology will depend on such discovery.

3. And shall, upon conviction for these offenses, Defendant Michele Obama shall be punished as provided in FRCP 2261(b) or 2261 (B) as the case may be to the maximum degree as would be justified under the penalty of law for such purposeful, repeated crimes and injuries emanating therefrom and  for wanton disregard for Plaintiffs' life, health and known vulnerabilities, the privileges she was afforded given her political position (way beyond her status as essentially an honorary role), her status as an attorney who cannot deny knowing the laws and the penalties for violating them, her motivations, her refusal to heed thousands of warnings, her persistence in further injury to Plaintiff long after knowing the harm inflicted and the purposefulness and sadistic nature of the 'relentless' abuse.  That remedies should

include compensatory and punitive damages for the purposeful violation of all laws known to Defendant as a former attorney, and for the physical injuries & psychological trauma that Defendant caused and purposefully inflicted and for all costs attendant with evasion of these abuses over the ten year period of terrorization.

## COUNT THREE

### 42 USC 1983
*Deprivation of Constitutional Rights (Bivens)*

1. That Defendant, acting under the 'color of law' of her position as First Lady of the United States, used her authority to cultivate remote assistance for her crimes exploiting her status to gain assistance, sometimes on a global level, and access devices to mask her crimes that were available to her for advancing the public good, and suggest in her messaging to Plaintiff that Defendant had the right and ability to violate her rights to privacy, right to be free of physical or psychological abuse, right to protection of her property, right to securing medical treatment and therapy unimpeded by criminal interference and violation of protection of her confidentiality, to both quiet enjoyment in her own domicile and various surrogate domiciles and hospitalities during Plaintiffs travels, her right to be free of bodily harm or distress, and to her special rights as a disabled person to accommodation in all venues free of hazing and mockery. Defendant purposefully sought to take those Constitutional rights away under the protection of the 'color of law' which was perverted for the purpose of injuring, threatening, immobilizing and even killing Plaintiff.

2. Upon conviction of such constitutional offenses shall be punished as provided in 42 USC 1983 if it is proven that Plaintiff was, in the course of Defendants harassment campaign, deprived of her constitutional rights, privileges and immunities as a citizen of the US and a disabled & vulnerable person, crimes particularly onerous given they were committed and advanced under Defendants 'color of law' governmental agent p privileges and status and/or that such perversion, including special rights of all disabled persons, that maximum damages be considere

7

## COUNT FOUR

### 18 USC 242
Civil Assault; Use of Deadly Weapon
NY Penal Code 110, 120, 125; 265.01

1. That Defendant Michele Obama, acted under the 'color of law' of her position as First Lady acting both within and outside her lawful authority, while purporting to and pretending to act in the commission of her duties to gain assistance, from outside authorities and remote agents needed to carry out the aforementioned crimes, acted to deprive Plaintiff of her constitutional rights and rights under various criminal laws of the State of New York and various 'origin' states where Defendant planned and carried out her crimes.

2. That Defendant Obama did, via retention of a REMOTE AGENT, Christine Calderwood, and acting under the color of law, did influence the use a deadly weapon by Calderwood  to terrorize Plaintiff in the sanctity of her residence, four times by SMASHING a commercial grade hammer--a known 'bludgeon' instrument which made a 'loud explosive sound' on her front door, which in the context of a years long campaign of death threats, and threats of assault and battery, and repetitive targeting of Plaintiff, knowing Defendant to be a disabled person,  intended to terrorize Plaintiff and to create the belief that her life was in danger and she was not safe even in the confines of her own home and various other domiciles she used during travel to other locales.  The persistence of these physical assaults demonstrated the intention to harm, if not kill Plaintiff, and Plaintiff's reasonable belief that Defendant would continue assaulting her in the future and would eventually murder her. See Affidavit for sworn details. that the egregiousness of exploiting Obama's position of authority to advance  a personal campaign of harassment, hate, violence and revenge, exploiting the status of her role to facilitate and advance her criminal agenda should merit consideration of maximum punishment including imprisonment to ensure she is unable to continue her ten year crime spree using the very public trust she was afforded and to correct Defendants criminal values institutionally before she actually takes the life of another person.

3. At no time did Defendant express any remorse or recognition of the harm inflicted or the abuse of power that enabled her free commission of these crimes and she should not be allowed to be free to continue her ten year crime spree using her political position as both facilitation and cover.  Her betrayal of the public trust should result in a lifetime ban from politics and public service positions.

8

## COUNT V

### *Intentional Infliction of Emotional Distress*

1. Plaintiff re-alleges all the causes of action above and all related facts from this Complaint and the supporting Affidavit in Support of the Complaint.

2. Plaintiff alleges that Defendant Michele Obama did act to inflict emotional and physical injury upon her repeatedly (hundreds of thousands of willful acts over a ten year period of time;

3. That her conduct, as an official of public service and sworn to protect the public trust and the Constitution, did exploit her status and the authorities given to her to advance the public good and her adoption of false identifies to mask her criminal agenda and behaviors to advance her unlawful agenda of inflicting massive injury on Plaintiff and to purposefully create alarm and terror in her by systematically stalking and menacing her both in Cyberspace and in her domicile and other normally protected locations in her neighborhood & on Social Media, her phone, laptop and television was outrageous conduct

4. That Defendants ten year campaign of Stalking &  Menacing, and her use of agents/surrogates to 'reach' Plaintiff without being detected was to purposefully and recklessly inflict emotional distress and fear so severe that it would affect her mental and physical heath adversely, and so Defendant could dispose of Plaintiff  whom she was pathologically envious of and whose very existence enraged her so much she retained agents to try to injure and/or kill Plaintiff.

5. That this ten year campaign and the thousands of acts of deliberate abuse was so severe and pervasive that Plaintiff began to have severe anxiety and panic attacks, a worsening of pre-existing chronic medical conditions, and was almost unable to function normally.

6.  Plaintiff seeks compensatory and punitive damages from the Defendant for the damages she endured as a result of her ten year ordeal.

## COUNT VI

## DEFAMATION AND LIBEL

### Article 7 Section 76-A

During a period of 2015 to present, Defendant Michele Obama embarked on a *vicious and purposeful campaign to damage, if not destroy, Plaintiff's personal and professional reputation.* To achieve this defamatory purpose, she used her contacts as First lady to gain access to privileged confidential & personal information about Plaintiff including her FBI file, medical & employment files, criminal reports, interviews etc--information she had absolutely no legitimate purpose to access other than to harm Defendant. Defendant also illegally hacked ALL Plaintiffs communication systems& records including two phones, smart tv, laptop.

In addition to hourly, ten year Stalking & Harassment campaign, she conducted a full time smear & defamation campaign with virtually every professional contact she had access to for various Democratic causes or the foundation she had been part of with President Obama, as well as most of his contacts. She used various masking tactics to cloak her illegal actions.

Some of the harassing messaging was communicated over mass media via exercise of Defendants privilege to choose 'songs' where she would exploit lyrics or story lines or text themes that impugned Plaintiff's moral integrity & repeatedly cast her as a sexually promiscuous woman and stealer of men.  Plaintiff's moral's were repeatedly besmirched in thousands of 'song' choices, ad themes, programing themes, television guide titles etc.

This campaign included a bizarre world wide solicitation of enablers in the Media both domestically and overseas (mostly UK) to promote false stories that suggested Plaintiff was having an affair with various persons husbands including her own, but using thinly disguised surrogate identities along with overt plot lines.  This campaign went on for ten years & continues here in the US.

Most recently Defendant knew Plaintiff was arranging a social event in the Hamptons for an "Author's Night' event whereby Defendants husband was to be a featured author at Plaintiffs suggestion. Defendant, who has demonstrated pathological envy of Plaintiff, ambushed her plan for the entire event by writing a salacious letter to the Committee that falsely accused Plaintiff of immoral conduct.  The arrangement was cancelled and Plaintiff's reputation irreparably harmed.  she also has mocked Plaintiffs disability in various forums with the clear purpose of devaluing her (Defendants standards).

Defendant has actively defamed Plaintiff with various important political figures, with landlords (Plaintiff accused her of 'hoarding'). Defendant knew these claims to be false & injurious to Plaintiff's reputation and her social relationships with others but made them anyway to purposefully harm her.

## COUNT VII

*Violence Against Women ; National Stalker & Domestic Violence Reduction*

1. Plaintiff re-alleges all the causes of action above and all related facts from this Complaint and the supporting Affidavit in Support of the Complaint.

2. Defendant Michele Obama, former First Lady did knowingly & purposefully violate the "Violence Against Women Act' by conducting a 10 year (ongoing) stalking & menacing campaign against Plaintiff with the purpose of surveilling and intimidating Plaintiff that placed Plaintiff is 'reasonable fear of bodily injury and death, and with the inention of terrorizing Plaintiff and;

3. That Defendant retained various Remote Agents to commit crimes of violence against Plaintiff and her property, as detailed in the appended Affidavit, and that these crimes of violence were perpetuated knowing that Plaintiff, a disabled female, would be exceptionally tramatized and that she would be trapped and unable to flee the 'relentless' abuse by Defendant, that upon information and belief that Defendant took sadistic pleasure in torturing Plaintiff over a ten plus period, knowing the damage she was inflicting on Plaintiff's person and well being;

4. That Co-Defendant 'Calderwood' did agree to carry out these violent acts against PLAINTIFF and exploit her status as Plaintiffs neighbor who had easy access to her residence and who could hide her identity by slipping down the stairs.

5. That all of the alleged acts perpetrated against Plaintiff over a ten year period were a violation of 42 USC SubC III.

6. That Plaintiff, a licensed attorney, knew she was committing these crimes & decimating Defendants constitutional rights.

7. Defendant Obama's conviction after Trial should consider the injuries due to her Violation of Violence Against Women Act and statue cited above, and how she used all her privileges to subvert Plaintiff's rights to privacy and right to live free of violence. Her retention of Remove Agents like Ms. Calderwood to commit violent acts against Plaintiff indicate a willful defiance of the purpose and intent of this law by both Defendants. Maximum penalties should be affixed for the outrageous exploitation MO's position as First Lady to gain illicit access to Plaintiffs' domicile, and various other domiciles, hospitalities, medical entities that Defendant frequented.

10

**RELIEF SOUGHT**

WHEREFORE,   Plaintiff Jordan respectfully requests the Court enter Judgment, upon completion of discovery and a jury trial, Judgment in favor of Plaintiff and against Defendant awarding Kathryn Grace Jordan, Plaintiff the following relief:

a. Temporary, Preliminary and Injunctive Relief in the form of a RESTRAINING ORDER against DEFENDANT Michele Obama enjoining her from ever contacting Plsintiff or sending any communications from any source to or about Plaintiff to any domicile of hers, or any location where she is known to be residing, either permanently or temporarily, in any location in the USA or the state of Mexico or Canada, including any masked or false communication intended to alarm or harass Plaintiff or any of her associates, business or personal, including any menacing threats of any kind or any graphic depictions of words or images intended to scare or alarm her or any person known to associate or socialize with her regardless of their status, or sending any 'agent' to deliver any message to Plaintiff, and not contacting anyone associated with Jordan, other than an attorney representing her. That Defendant be barred from sending Plaintiff any 'messages' on SM, Email, mail, mass media, phone or computer or electronic device of any kind,  or on any device that is owned or used by Plaintiff. ZERO  harassment or contact.  Defendant must CEASE Stalking and following Plaintiff and hacking into sound systems at locations she visits (restaurants, retail establishments, clubs, medical entities, hotel rooms, transportation vehicles, sound systems (anywhere Plaintiff is near) , no contact with persons known to have communication access to Plaintiff.  Any violations should result in IMMEDIATE ARREST of Defendant and any accessory deployed by her to circumvent restrictions cited herein.

b. Damages: Compensatory Damages for Emotional and Physical Distress or Injury emanating from the unlawful acts defined herein and in Plaintiffs Affidavit as will be documented & quantified by experts once discovery is completed;

c. Punitive Damages at the maximum amount for the willful purposeful intentional and outrageous nature of the crimes named herein. Or 9X All Other Damages unless expressly defined elsewhere.

d. Pre and Post Trial  interest at the statutory rate.

It is very unlikely that the total damage will be under eight figures.

11

## **VERIFICATION**

STATE OF NEW YORK)

                Ss

COUNTY OF NEW YORK)


  **Kathryn Grace Jordan**, being duly sworn, deposes and says under penalty of perjury and lawful imprisonment that:


1. Deponent is the Plaintiff in this action and self-represented.
2. Deponent is a resident of New York State and NYC.
3. Deponent attests to the truth of the facts alleged in this action and the appended related sword Affidavit and that they are ACCURATE to the best of my recollection and that the Counts alleged are well-documented & descriptive of the violations committed by the Defendant(s).


Kathryn Grace Jordan

PLAINTIFF

Dated: _____

Sworn to before me this 27th day of May 2026

Mohan D Buxani

NOTARY PUBLIC


Mohan. D. Buxanl
Notary Public, State of New York
Registration No. 01BU6266896
Qualified In New York County
Commission Expires August 06, 2028

\*Defendant will likely add other Districts to her Complaint upon completion of discovery and ascertainment of the identify of ALL of the remote agents deployed by Defendant in her harassment & Stalking campaign.

12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

Kathryn Grace Jordan,

 PLAINTIFF,

--vs--                                            Index No. _____/2026

Michele Obama,
Christine Calderwood,

 DEFENDANTS.

_____X

## AFFIDAVIT IN SUPPORT OF VERIFIED COMPLAINT OF STALKING, CYBERSTALKING & ATTEMPTED ASSAULT COUNTS

I, Kathryn Grace Jordan, duly sworn, deposes and says:

1. I make this affidavit in support of an application under Federal Rules of Civil and Procedure 18 USC 2261 A (1)(2) in support of my Verified Complaint of CYBERSTALKING, STALKING, MENACING, and ATTEMPTED ASSAULT by MICHELE OBAMA ('MO" henceforth) former First Lady of the United States, and her Remote Agents including but not limited to, Co-Defendant Christine Calderwood [1]. I also am seeking a RESTRAINING ORDER to stop her illegal harassment & threats of violence against me, her hacking of interstate communication systems for criminal purposes, and attempted Assaults on my person and on the person of others in her personal, professional, social and protective arena. Lastly, my Complaint seeks a GAG Order to stop her libelous & blatantly false attacks on my character in the public domain and her leaking of confidential medical and security files publicly which she should never had access to. and had sworn to secure.

2. For the reasons set forth below, I submit that there is probable cause to believe that my life, and other persons lives, are at risk given Defendant's repeated stated homicidal objectives, and frequently violent behavior to-date, which have let no doubt as to both her CRIMINAL intentions and the extent of her willingness to carry out criminal threats of violence. I would be willing to testify to in more detail in a closed hearing, given the sensitive and explosive nature of the facts of this case and the ongoing risks to all involved.

3. The imminent threat that she poses to everyone within her 'reach' mandates immediate interception & correction to avoid a catastrophic outcome. I make this Affidavit for the limited purpose of securing a Complaint and RESTRAINING ORDER against the two accused. I have not included every fact known to me as the trauma of this relentless campaign has caused me to repress and forget some of the abusive incidents & timing. A full discovery will surface facts and dates that will help me 'put the pieces together correctly and in chorological order. I need to subpoena hospitals, rehab centers, hotels, residential buildings, et al, to surface all relevant details of the hundreds of thousands of abusive incidents in the right order. But this Affidavit will provide more than sufficient facts to establish Probable Cause that the crimes alleged in the Complaint were committed and repeatedly inflicted upon me and other victims hundreds of thousands of times.

**MO"s Harassment Campaign**

4. Over a 'ten year plus 'period, beginning roughly in 2015 and continuing through the present, Defendant MICHELE OBAMA, repeatedly and purposefully engaged in a vicious 24/7 campaign of hate and harassment against me (and other victims) which involved her knowing violation of several Federal and State laws especially 18 USC 2261A, Stalking and Cyberstalking statutes, where Defendant has committed hundreds of thousands of HOURLY violations over Cyberspace, reflecting her obsessive, antisocial personality traits, using fake identities & rother devices of deception to mask & hide her criminal acts. This Cyber campaign was extended into the real world via her recruitment and use of Remote Agents to carry out her hate campaigns and execute her threats of assault and battery, and death, in the real world.

5. That Defendant knowingly used illegal electronic access (hacked, spyware) as well as access to <u>high security government intelligence systems</u> that were intended solely for the protection of the Public, access apparently afforded to her as a privilege, given her non-elective, honorary position in government, and deployed illicit access to electronic communication systems of interstate commerce , and facilities of interstate commerce to engage in a course of conduct that placed Plaintiff (and other victims) in reasonable fear of bodily injury and death, that Defendant *intended* for Plaintiff to experience such fear, and in the course of engaging in such conduct and such schemes, that inflicted such injury, used cellphones, interstate wires, interstate highways, and the internet, to plan and carry out he stalking, menacing, assault and terrorization campaign in all possible forums.

**Remote Agents and Recruitment of Christine Calderwood Et Al**

2

6. And that Defendant Michele Obama (MO) engaged accomplices in her commission of these crimes recruiting REMOTE AGENTS to reach into the physical real world of my life (&the lives of other targets). One such agent was 'Christine Calderwood', tenant below me at 40 Park Avenue, New York, NY 10016, in #4B (under my unit #5B)

Calderwood, upon information and belief, was paid to spy on me, and initiated a 24/7 harassment campaign against me, conveniently positioned for such abuse once I occupied my apartment. It was obvious from the timing and location of the incidents that Calderwood, a reported 'maid' occupying the #4B unit, that she was taking orders from Defendant MO, whom she was illegally connected to via illegal hacking of my private phone and obviously had access to Calderwood's. These harassing incidents would coincide with MO's volcanic rages about something in her personal life, including my professional interaction with the President himself whom had come to value my insights on a number of critical strategic issues during periods of crisis, previously during the Pandemic & Inflation crises, which she was then able to 'punish' by releasing her remote agent on me or posting some sadistic message on SM or a barrage of 'song' or television ad aimed at cutting me down to size.

Calderwood was readily willing to use weapons to perpetuate terrifying attacks on my person and property and to harass me in my residence. She deployed a commercial grade hammer to SMASH my front door so hard that it sounded like a bomb going off and slightly dented my metal front door. I had never met Calderwood so the angry attacks could not have been about any personal issue between her and me. In once very brief chance meeting in the elevator she warned me "I know what you DID." It is not known if Calderwood had a prior relationship with MO but the entire set-up was clearly another MO scheme and could not have been coincidental.

7. The police were called FOUR times to document these attacks. They wanted 'evidence' and suggested I install a video camera on my door which I did earlier this year. Once I did this, the assaults stopped. Then Calderwood shifted to extremely loud smashing of her ceiling, my floor, with the same large commercial grade hammer. She did this for months until the Landlord advised her she was in violation of the landlord's rules. She then started BLASTING very loud music early in the morning—all part of an ongoing harassment campaign. She has obviously been engaged for a protracted arrangement to inflict harassment & terror upon me by MO as there is no reason for her to demonstrate such extreme hostility toward someone she does not know.

8. Defendant Obama routinely recruited human agents to 'visit' locations I had occupied to stalk and menace me in the real world. This was intended to be intimidation and staking control. MO has recruited such agents to 'visit' my health club to mill around

3

and stake out terrain, initially those non-Members of the gym and later a few ' paid 'members' who were to 'remote stalk' and spy on me in a location she knew I routinely patronized. The physical menacing by Calderwood accompanied a concurrent 'song harassment' over the sound system at every location I patronized over this ten year period. EVERY SINGLE ONE. This 'surveillance and intimidation' routine was executed in other venues with other agents, some of whom were engaged to commit vandalism on my property. Discovery will be needed to identify all of the REMOTE AGENTS, the specifics of the INCIDENTS committed and the timeline.

### Michele Obama's Harassment Incidents

9. The following is a partial inventory of all the criminal acts of Michele Obama, former First Lady, beginning with the earliest graphic brazen threats and hate messages that occurred when she was still in the Whitehouse, and continuing over time. The remote agents of those early hate messages and death threats were mostly engineered on Facebook at a time when I had a high profile 5000 person account and regularly posted on political issues and Michele Obama had a number of criminal followers that showed upon my FB account (how I first knew she had such associations). Discovery would be needed including digital tracking to ascertain what persons were executing the threats. My sense is that the early campaign was entirely posted by her given the highly personal nature of the hate messages and graphic threats of torture and death, which carried sadistic overtones.

10. The immense trauma I experienced over such a long period of time from her abuse has caused temporary gaps in my recollection especially the correct dates of various aattacks, so there are likely facts that need to be sharpened by research into these incidents with an eye toward chronology and details that I hope to complete in the discovery phase of this case. I have already experienced how prompts have triggered my memory in preparing the first draft of this Affidavit.

11. However, the incidents alleged *are all true* and were a direct result of a concerted plan by Defendant to not only force 'obedience' in her own circle but to destroy me personally—something she felt she needed to do to retain pathological control in her domestic situation and to literally 'erase' a person she was insanely jealous of & felt very threatened by—myself.

### Preliminary Timeline Audit of Recollected Harassment & Threats

4

12, The 'top of mind' recollected incidents are listed in chronological order starting around 2015:

>MO sends me several 'KEYWORD' hate messages and death threats on SM, FACEBOOK at that time with graphics (some will be presented at trial):

>Pictures of weapons, vulgar, profane personal insults, threats of physical assault & murder. This continued throughout the period in the Whitehouse & long after 2016 when she left. I found these very graphic threats very disturbing at first, then extremely alarming. They included pictures of:

>Suffocated (real live) cats

>Human being stabbed in the back

>Mutilated animals

>Woman pointing aquablue gun at the viewer

>Messages in memes about killing someone (several)

>Citing her daughter as more tough than her (triangulation)

>Sending a threat on my phone about killing her own children if a male friend met me for a professional dinner (I have a number of male friends & am a business professional, not a crazy housewife).

>Hacking of alarm system at Double Tree Hotel in 2016 when I planned to attend a seminar there and her evacuating the entire gathering in panic bc she was 'mad' that I planned to attend a seminar hosted by Damonn John.[2] She triggered the fire alarm & forced all the attendees to leave bc I planned to attend this business event as did a male friend.

>Arranging to have a fire set in the building over a movie theatre on Broadway when I said I would be attending a film there. Several fire trucks responded to the event. She took credit for it later. Waste paper basket fire that was put out but only after several NYFD trucks & EMS responded.

>Staged a fake bomb threat where she named herself and her husband as victims at Columbus Circle near where I lived (1930 Broadway). This dangerous threat alarmed countless people & caused much of LE and FBI to spend days investigating the 'bomb' which they never realized originated with the named 'victim'—her.

The LE team incorrectly nabbed a 'van driver' who was incidental to the crisis. She took credit for the incident in a private message to me. Harassment had led up to this incident where she had hacked the GRID (tactic she repeatedly engaged in when angry) to turn off the water

(electric faucet) at the Mandarin Oriental where I would often to do paperwork in their business lounge near my apartment. MO would sadistically turn off the water from the electric faucet just on my sink while letting other customers use the sinks uninterrupted. This pattern could not have occurred without manmade interruption. She took credit for these spiteful, criminal incidents which she timed perfectly due to her obsessive stalking of me 24/7/365. (around same time as Fake Bomb Threat).

>Instigated the NYC 'Black-Out' of July 14th 2019 where 72,000 Con Ed customers were completely without power for 5 hours, people were stranded in elevators, and devoid of food and water. MO claimed credit for the incident earlier in the evening via msg me. She was in one of her many rages bc I was going to the Hamptons and planned to meet a good friend. She resorted, again, to her Southside criminal tactics where she arranged for the store I was in (when she overheard me agree to planning this trip) to lose power, not realizing her accomplices took out much of the UWS & MT (all same zone). While the wiping out a quarter of NYC was not the intention, she indisputably had someone hack the GRID to wipe out my location.

>Following me to Palm Beach FL and sabotaging my room (this tactic was deployed dozens of times over the years) when I planned a short vacation there.

>Following me to an event in Southampton (via Cyberspace) & crashing the event remotely. I was physically at the location and socializing with a group of local young pp when decided to hack into the sound system (a fav trick she's used HUNDREDS OF THOUSANDS of times over the last decade) & changing the song selection to what SHE wanted. She has to be the dominant presence at all times and cares nothing about violating Laws or personal rights. She was upset that I was having a good time and that the attendees were enjoying my participation.

>Vandalism. MO was insanely jealous of my Jaguar convertible & relentlessly followed my use of it. She damaged the car by having someone sideswipe it in CT. In another incident she had someone bend the license plate on my car while parked at a hotel while I was visiting a location outside NYC.(She and DT followed me EVERYWHERE I went for over 10 years). I knew immediately it was her. She was rabidly jealous of my Jaguar convertible and DAMAGING it was how she 'equalized' things. She also would call the cops where I was parked hear salons and hotel loading zones, so frequently that it resulted in thousands of ticket fines. She knew I was a disabled person & could not always find parking but her obsessive following always put her 'in the know' to call the police. She also knew where my parking garage was and would wait for me to go out to engineer a new harassment event.

>Housing Harassment. She trolled me obsessively when I lived at The Grand Tier, 1930 Broadway. She sent trolls to harass me including a large 'group' of disabled persons (I'm

6

disabled) who suddenly visited the restaurant next door that I patronized to 'devalue' me. Mrs. Obama would frequently ridicule my disability and put pix of deformed children on my tv (She thought this would devalue me).   She tried to have me evicted from TGT and ultimately succeeded by planting rumors that I was a 'hoarder' and that my apartment 'smelled'. Precedent to THIS scheme was her diverting my income checks three months in a row which put me into a 'late' status with my LL. She spread rumors about me at various establishments near my then home to seed neighbor hostility.

>Funds Diversion: MO had my income check diverted every month for three months to show me she could interfere in my economic survival.  This incident caused me to be late on rent and ultimately contributed to an otherwise illegal eviction of a disabled person.

>Hospitality Hazing: When I was essentially living in hotels after the eviction scheme, she had someone steal my purse in the lobby leading to six months of ID replacement. I had to change hotels sometimes daily during this period due to high rates.  The lack of stability was exhausting.  She frequently would get minority staff to stage stunts like breaking into my room without notice & loudly yelling. It was constant hazing.

During my stay at many of these hotels, she would make changes to my room to let me know she was there, sometimes just moving my stuff around—to control me.

During one incident she followed me to two Marriott hotels after a period of hospitalization. At the first, I was so weak I fell out of the Uber car onto the concrete.  At the second, I was racing so fast to 'check in' to my room & put away groceries to avoid the two stalker-abusers (Trump regularly tagged along on the stalking ruses as the two of them fought over 'air time') that I took a very serious fall inside my hotel room and wound up in the ER screaming in pain. I has seriously injured my left arm breaking the humorous bone & needing a titanium rod inserted. During my hospitalization the two of them (MO and DT) menaced me constantly sending 'agents' to scream crazy things at me while I was incapacitated in the ER and later in various Rehabs.

>REHAB HAZING: I left NYUL,  I had to go to a Rehab facility. MO and DT would spend hours harassing me there. In one incident they took over the dining room sound system and BLASTED their crazy music for hours.  My suffering (excruciating nerve pain) was exploited so Michele & Trump could stage a 'look at me' Dance party in the common area.

>DOMICILE HARASSMENT : When I finally located a 'permanent' apartment at 'The Buchanan',148 East 48th, which had a beautiful courtyard, they soon took over the sound system while I was lounging, then hired 'bands' to come into the area to play their musical preferences (loud aggressive music) so unpleasant I stopped going there.  But they then had to REACH me to feed their sociopathic addiction to hunting human beings, so they started hacking the sound system *in the corridors and health club.* The goal of these violations was to

7

let me know they could REACH ME. There was no recognition of my privacy rights or their trespassing on property they had no right to access much less perpetuate criminal activity in the process. Both demonstrated excitement at trapping their prey in a place, like a residence, where the victim could not leave and escalated the loudness and frequency of these intrusions. I then realized I would have to move to get away from them but did not realize I was about to go from the frying pan into the fire. I relocated to a more secure building devoid of common area which must have been initially alarming for the two stalking addicts.

In my new location (current residence at 40 Park), Michele Obama infiltrated the building before I had even occupied it. She knew I was viewing apartments (she watches me using spyware & GPS 24/7 and has done so religiously for 10 years), and she arranged to have a 'friend' (paid spy) to occupy the unit directly below me. Whether this person (a minority maid of the official occupant to my knowledge, named Christine Calderwood—she routinely references 'sistas' whom she says help her commit these crimes) pre-existed my occupancy & she just paid her to 'help' with the harassment or she was specifically introduced to abuse me is unknown—the landlord has not been cooperative with information despite the criminal conduct of this woman.

Ms. Calderwood began menacing me with weapons in April of last year. She ran up the stairs from her unit bearing commercial grade HAMMERS and started SMASHING my front door with them—creating a loud explosive sound. I had to call NYPD four times who were not helpful in documenting the report. They thought the metal door should be more dented and 'how did I know it was the neighbor directly below me?' A: Because she also smashed my floor which was her ceiling. I never met this woman so there was no reason for her to threaten me with violence. She did get off the elevator one day on 4th floor and I knew it was her. She confirmed this by saying to me "I know what you did' with an angry face.

The building management finally allowed me to put up a video camera doorbell as the police had advised on the 4th attempt. This deterrent stopped the door smashing, but Calderwood then began SMASHING her ceiling & blasting LOUD music. She persisted with this harassment until the building belatedly notified her she was in violation of building Rules and quiet hours. She now blasts extremely loud music as soon as its past 8 am and long into the night. I'm certain she's being paid by MO to do this and that the entire situation was planned by her. I don't know what she expects will ultimately happen in her favor. I've made it clear I intend to get Ro to stop her abuse.

Michele Obama (like Donald Trump whose contemporary stalking conduct will be addressed separate) has stalked me everywhere I have visited, lived or patronized 24 hours a day, 365 days a year for ten years. She has followed me from hotel to hotel, city to city, state to state as I have desperately sought to avoid & evade her. She and Trump even followed me out of the country on four occasions where they immediately resumed their insane predatory

8

behavior in the new location (CT several towns/times, CHI, SF, MIAME, PB, and CN & MX were visited to EVADE both abusers). Both are obsessed with 'reaching' their rejectors and in my case the person she is pathologically jealous of and obsessed with destroying me.

MO is a compulsive, relentless abuser. She spends all day and night sending vicious hate messages, insults, leaked private information she illegally accessed, and death threats. I will turn on my Tv at 3 AM and she is there with crazy ads mocking my disability and medical conditions and over threats of violence (reposting keyword threats like 'murder', 'kill', 'stab', 'fracture', 'crack', 'suffocate', 'smother', 'choke' etc. She has half the world, literally, crafting storylines & plots for her which play our her fantasies & schemes where she casts herself as the victim and me as the intruder (a bizarre reversal of the reality or her as a skilled predator) She's spread vicious lies about me and leaked every medical record, FBI report or private information file she could illegally steal or buy.

MO sits at her digital dashboard 24/7 watching everything I do and following me EVERYWHERE I go. If there is a sound system where I dine, she'll be on it with 'song messages that she's sent thousands of times to harass me and her other victims. She then posts 'ads' on my television (HACKED Interstate Commerce) that attempt to degrade my personhood (bad small, odor, mockery of medical conditions) & menacing my safety and security. She seeks out ads that show pp 'hitting, kicking' other human beings which taken together is an image of a violent threat. MO thinks violence is always acceptable if you get in her way.

More recently, MO's attacks on me have included deliberate attempts to interfere with my life functions. She knows I have asthma, and she has repeatedly used CALDERWOOD to disrupt the electrical connection in my BR to shut off the AC & Air Filter. She shorts the connection every 20 minutes, so I have to get up in the middle of the night to turn the air back on. She calls this 'hardball' and thinks its funny.

Concurrently with this she has been abusing people in her personal situation. I cannot elaborate on these incidents, but she uses FEAR and VIOLENCE to control everyone in her personal life. I know from reliable sources she has physically injured both family members and staff. Her epic rage is volcanic, and she weaponizes it to gain CONTROL and DOMINANCE. She spies on her adult children and threatens them with 'consequences' if they associate with anyone she disapproves of. She's blackmailed the former president. She weaponizes her rage against anyone who gets in her way.

I was in Corporate America for 23 yrs. I am used to aggressive people and erratic bosses. I've never seen two people who literally MAULED human beings (MO & DT). They are both relentless and shockingly abusive. They need to TRAP people to feel secure. Their sociopathy is extreme and way outside socialized behavior. SHE is particularly dangerous to the physical and mental well-being of those around her. She is spiteful and sadistic and enjoys hurting &

9

punishing     people     she     feels     have     hurt     or     rejected     her.

It is important   remember Michele is a very large woman who could easily injure those within her grasp. She has weaponized her size and rage to control those in her personal sphere, However, I believe her ability to physically injure others has been somewhat limited in the last two years because of increase surveillance by USG and possibly State authorities, as well as reduction of physical access but she continues vicious psychological abuse with great purpose and intention including threats of 'consequences' when anyone exercise their free will  She is a danger to everyone around her and should have been committed to an institution for both CORRECTION and TREATMENT decades ago.  Prior assaults, death threats, violent rages all suggest high risk attendant with physical access.

I have tried to secure a RESTRAINING ORDER for myself against her and have advised others to protect themselves the same way.  However, the police (NYPD) want 'evidence' and most of her crimes have occurred in Cyberspace and under fake IDs, reposts of others (trackable digitally), and have involved remote communications, hacking my phones, tv, laptop illegally. Much of this could be proven as there has to be a digital trail of her SM 'masked' posts/reports and her manipulations of my communications can be proven by comparing the changes from the scheduled communications that local & even international Media publish regularly (compared to other residents in my community, for example). I'm an expert in pattern recognition so I know how this can be done and how all her crimes can be proven.

She should be committed to an institutional setting for the CORRECTION she should have received as a child but clearly never did. A large child with conduct issues should have been behaviorally corrected. This failure led to her acquiring defiant-oppositional traits and ultimately evolving into ASPD.  She is now very dangerous. Her crimes PROVEN vis digital tracing.

Mrs. Obama clearly does not believe she will be caught or that she will be punished for her criminal behavior.  When she's been warned or reprimanded in the past & told  she is 'too aggressive, controlling, lawless and violent' she responds, "I'll show you aggressive and controlling' and doubles down on her crimes. She has a very deeply ingrained criminal persona, and the habits she's developed clearly were learned early in her Southside prior life. She has no problem or guilt with breaking laws. She's DEFIANT and unrepentant. Bullying comes easy to her and clearly has served her dominance agenda well.  Its ironic she chose law as her 'profession' as she is the most lawless human being I've ever encountered.  She likes breaking laws and tricking authorities. She considers this 'winning' just like  Trump does.  She does not fear arrest or punishment.

Michele Obama is the most dangerous human being to have been afforded power over others, actually more of a threat than Trump is.  She sees the privileges she was afforded (vastly

10

exceeding her honorary or legal role) should be used for power and NOT for the purpose of helping the American People. She spends almost all her free time on her digital dashboard threatening people she either does not like or who have rejected her. She follows me 24/7/365. When she's not doing this, she's running around the world trying to get 'help' producing ads, program plots, new songs produced for future harassment campaigns. She clearly sees stalking as her new job.

Mrs. Obama grew up in a place where crime and violence were routine if not acceptable behavior. She clearly integrated those values into her adult persona & has proven to be willing to break every law to hold onto power & to exercise pathological levels of control over others. She must never been given access to power or privilege ever again. The access she was given has been used to commit serious criminal acts that have put myself, critical public servants & the public at large--everyone 'within reach'--at risk.

### Privileged Access Must be Reversed & Illegal Access BLOCKED

Someone gave MO access to 'remote spyware' which was installed on my television w/o my knowledge and she uses it to watch me inside my apartment now. This was proven when she started changing the 'ads' she put on my tv  when I left the living room (both to harass me and to send messages to a third party whose  cut off all contact  with her) effectively using me as a medium of triangulation—a classic narcissist trait. She had previously been able to put hate messages & messages aimed at third parties but not TIMED them to coincide with my leaving my living room. She now can watch my movements inside my home.  Given her lack of tech skills, someone else—likely inside USG—had to get her this access.  That person will be named as Codefendant once we subpoena the two accused & depose them.

Most recently she has become extremely brazen with her criminality.  She has not only had Ms. Calderwood escalate the noise disruptions, she's started hacking my electrical connection for the purpose of TURNING OFF my printer but also my AIR CONDITIONER, which she knows is essential to my asthma, shorting it out every 20-30 minutes.  She does this repeatedly over the course of the night, so her motive is brazenly homicidal. Calderwood may be playing a role here as her apartment is identical to mine & she could manipulate the outlet in my unit from hers. The purpose would be to purposefully cause a fatal asthma attack.

**ACTION NEEDED:** The Courts must order RESTRAINING ORDERS preventing MICHELE OBAMA and any of her 'agents' from gaining physical or remote access to me, my residence or property (100 miles away), my communication, technology or electrical systems and those of any of her other victims(my being her #1 target but there are others) and to stop her stalking & menacing crimes in Cyberspace & over sound systems where I happen to be at the

11

precise time I'm there at that location.  A GAG ORDER is also needed (to stop her purposeful and libelous smears & leaking of documents she should not have access to much less distributing outside classified channels.

MICHELE OBAMA has demonstrated persistent DEFIANCE when warned about her criminal conduct and usually ESCALATES. She clearly does not believe the laws apply to her or that anyone has rights but her, or that other's personal & privacy boundaries can never be violated. She has a criminal outlook on almost everything. Her entire posture is seeking ways to evade laws and the rights of others. She has demonstrated ZERO remorse for the injuries she has inflicted upon her victims.  She thinks her victims 'deserved it' and that she is entitled to punish those who get in her way. Often she jokes about the cruelty she has inflicted on others.  She is a clinical sadistic Narcopath.

Michele Obama a risk to everyone around her and she will continue to weaponize violence as a mechanism to control others,  and to control people she considers her 'property' including her adult children and spouse whom she has menaced and blackmailed hundreds of thousands of times over the last decade, and subjected to her violent rages and physical assaults while exploiting  & endangering the public who has put its trust in her. Her ruthlessness has no limits and it must be contained legally—with punitive consequences. She should not be free until and if she successfully completes a meaningful period of incarceration and psychiatric/behavioral treatment.  Right now she has no respect for laws or the rights of others or authority itself.

Equally critical, her illegal access to all of my private electronic and telephonic devices must be blocked as must Trumps.[3] Both have used this illicit access to perpetuate their stalking, menacing, and assault crimes. This fatal mistake by Federal and State authorities have enabled much of her,  and Trumps, criminal schemes.  She's watching me type this very Complaint and Affidavit and other letters to authorities. These 'holes' must be BLOCKED immediately.

Michele Obama  should be committed to an institutional setting for the CORRECTION she should have received as a child but clearly never did. A large child with conduct issues should have been behaviorally corrected. This failure led to her acquiring defiant-oppositional traits and ultimately evolving into ASPD. She is now very dangerous and must be legally restricted in her activities while being compelled to engage in treatment for her many personality and psychiatric deviances. (Trump has demonstrated almost identical personality pathologies & must be restricted in the future as well as my forthcoming Complaint will address on him)>

All MICHELE OBAMA's victims must be protected by RESTRAINING ORDER which the police have not cooperated with due to the celebrity status & 'black female' demographic. What a disgrace that is and obviously why NYPD needs further training on Victimization & why warning signs never  to be ignored.

12

I swear that all the facts are true, to the best of my recollection, and reserve the right to add to and modify the same if discovery reveals more precise or accurate information.

Respectfully Submitted,

Kathryn Grace Jordan
PLAINTIFF
40 Park Avenue, #5B
New York, N.Y.  10016
646 596 3630
Kathryngracejordan@gmail.com

Dated: May 27th, 2026

Sworn to me this 29th day of May 2026

NOTARY PUBLIC

Mohan. D. Buxani
Notary Public, State of New York
Registration No. 01BU6266896
Qualified In New York County
Commission Expires August 06, 2028

Footnotes;

1. Chistine Calderwood's legal identity is not yet known nor her true legal name  confirmed.

2. Mrs. Obama has publicly stated that she 'does not think men and women can be friends.  For someone who sees her spouse as 'property', this is not surprising, but it is archaic. I have been a professional woman and am used to socializing with men of both political affiliations.

3. A separate action will be filed in the next two weeks for the Donald Trump causes of action.

13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

Kathryn Grace Jordan,

PLAINTIFF,

--vs--

26 cv _____( )

Michele Obama,
Christine Calderwood,

DEFENDANTS.

_____X

# VERIFIED COMPLAINT & AFFIDAVIT in Support of STALKING, CYBERSTALKING & ATTEMPTED ASSAULT Counts

By:
Kathryn Grace Jordan
PLAINTIFF
40 Park Avenue, #5B
New York, N.Y. 10016
kathryngracejordan@gmail.com

Michele Obama
DEFENDANT
c/o The Obama Foundation
5235 S. Harper Ct #1140
Chicago IL 60615
844 310 0900

Dated: May   2026

1