UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN GRACE JORDAN,

               Plaintiff,

        -against-

MICHELE OBAMA, *et al.*,

              Defendants.

26-CV-5134 (JPO)

ORDER GRANTING PERMISSION FOR
ELECTRONIC CASE FILING

J. PAUL OETKEN, District Judge:

The Court grants Plaintiff's motion for permission to file documents electronically. (ECF No. 4.) The ECF Rules & Instructions are available online at https://nysd.uscourts.gov/rules/ecf-related-instructions.

Following Plaintiff's registering to file documents electronically, she no longer will receive service of documents by postal mail, whether or not she previously consented to accept electronic service. All documents filed by the court, or any other party, shall be served on Plaintiff by electronic notice to Plaintiff's designated email address. *See* Fed. R. Civ. P. 5(B)(2)(E).

Should Plaintiff have any questions regarding electronic filing, she may call the ECF Help Desk at (212) 805-0800.

SO ORDERED.

Dated:  June 25, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge