UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN GRACE JORDAN.,

Plaintiff,

-against-

MICHELLE OBAMA, ET AL.,

Defendants.

26 CIVIL 05134 (JPO)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum and Order dated November 6, 2026, Calderwood's motion to dismiss is GRANTED. Jordan's remaining claims as to Obama are DISMISSED sua sponte. Jordan's motions for default judgment, for a preliminary injunction, and for a temporary restraining order are DENIED as moot. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and IFP status is therefore denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York
November 10, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**